UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIT SUMIT, | No. 1:26-cv-00245-DAD-CKD |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF *HABEAS CORPUS*, AND DENYING RESPONDENTS' MOTION TO DISMISS |
| v. | |
| SERGIO ALBARRAN et al., | |
| Respondents. | (Doc. Nos. 1, 12, 14) |

Petitioner Sumit Sumit is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 14.) Specifically, the assigned magistrate judge found that the circumstances surrounding petitioner's re-detention violated his Fifth Amendment right to due process. (*Id.* at 1–2, 6.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.*) To date, no objections to the magistrate judge's findings and recommendations have been filed and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations (Doc. No. 14) are ADOPTED IN FULL;

2.  Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a.  Petitioner's preliminary injunctive relief previously granted by the court (Doc. No. 10) is CONVERTED to a permanent injunction;

3.  Respondents' motion to dismiss (Doc. No. 12) is DENIED; and

4.  The Clerk of the Court is DIRECTED to enter judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:    **March 18, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE